```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2973
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,     )   CASE NO. MJ-07-0013 CMK
                              )
            Plaintiff,        )
                              )
     v.                       )
                              )   MOTION TO DISMISS COMPLAINT
MICHAEL AARON JAYNE,          )
                              )
            Defendant.        )
_____)
```

Plaintiff United States of America, by and through its undersigned counsel, pursuant to Fed. R. Crim. P. 48(a), moves to dismiss the complaint filed against defendant MICHAEL AARON JAYNE on June 25, 2007. The defendant was captured at the U.S. border in Blaine, WA. He was extradited to Shasta County. Accordingly, the government moves to dismiss the complaint in the above-entitled action.

DATED: February 22, 2008                    MCGREGOR W. SCOTT
                                            United States Attorney


                                      By:   /s/ Matthew Stegman
                                            MATTHEW C. STEGMAN
                                            Assistant U.S. Attorney

ORDER

Based on the motion of the government, and GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that the complaint filed against MICHAEL AARON JAYNE, on June 25, 2007, be hereby DISMISSED.

IT IS SO ORDERED.

DATED: February 22, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE